UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHELSEA POWERS,

    Plaintiff,

-vs-

SAGINAW CHARTER TOWNSHIP,
JIM BERENT, in his official and
Individual capacity, and JIM PETERSON,
in his official and individual capacity,

    Defendants.
_____/

Case No. 1:19-cv-12652

HON: THOMAS LUDINGTON

GAFKAY LAW PLC
JULIE A. GAFKAY (P53680)
Attorney for Plaintiff
175 S. Main Street
Frankenmuth, MI 48734
(989) 652-9240
jgafkay@gafkaylaw.com

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC
LAURA S. AMTSBUECHLER (P36972)
MELANIE M. HESANO (P82519)
Attorney for Defendants
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
(248) 489-4100
lamtsbuechler@rsjalaw.com
mhesano@rsjalaw.com
_____/

**STIPULATED ORDER OF DISMISSAL**

This matter, having come before the Court on the stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED that this case is dismissed in its entirety against Defendants Saginaw Charter Township, Jim Peterson and Jim Berent in both their individual and official capacities, with prejudice and without costs, interest, or attorney fees as to any party. This is a final Order of the Court which resolves all pending claims and closes the file.

IT IS HEREBY ORDERED.

Dated: May 6, 2020                           s/Thomas L. Ludington
                                             THOMAS L. LUDINGTON
                                             United States District Judge

Stipulated and Agreed to by:

/s/ Julie A. Gafkay (w/consent)
JULIE A. GAFKAY (P53680)
Attorney for Plaintiff


/s/ Laura S. Amtsbuechler
LAURA S. AMTSBUECHLER (P36972)
Attorney for Defendants